01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )   CASE NO. MJ 12-564
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11  NATHANIEL WELLS,                   )
                                       )
12          Defendant.                 )
    _____)

13

14  <u>Offense charged</u>:       Access Device Fraud

15  <u>Date of Detention Hearing</u>:    October 25, 2012.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant has been charged by Complaint with Access Device Fraud.

01     2.     Defendant was not interviewed by Pretrial services. However, he is currently on

02 supervised release with the U.S. Probation Service in this District on another matter.

03 Unrelated charges of violation of supervised release are pending in Case No. CR07-346 JCC,

04 for which defendant is currently in custody.   Therefore, the issue of release is essentially moot.

05 Defendant does not stipulate to but does not argue against detention.

06     3.     There does not appear to be any condition or combination of conditions that will

07 reasonably assure the defendant's appearance at future Court hearings while addressing the

08 danger to other persons or the community.

09 It is therefore ORDERED:

10     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

11        General for confinement in a correction facility separate, to the extent practicable, from

12        persons awaiting or serving sentences or being held in custody pending appeal;

13     2.  Defendant shall be afforded reasonable opportunity for private consultation with

14        counsel;

15     3.  On order of the United States or on request of an attorney for the Government, the

16        person in charge of the corrections facility in which defendant is confined shall deliver

17        the defendant to a United States Marshal for the purpose of an appearance in connection

18        with a court proceeding; and

19     4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

20        for the defendant, to the United States Marshal, and to the United State Pretrial Services

21        Officer.

22 / / /

DETENTION ORDER
PAGE -2

01        DATED this <u>25th</u> day of October, 2012.

02

03

                        Mary Alice Theiler

04                        United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3