The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NATHANIEL WELLS,<br><br>Defendant. | NO. CR12-399 RSM<br>CR16-07 RSM<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Nathaniel Wells's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 14 pages in length.

DATED this 15th day of October, 2020.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Wells,* CR12-339 RSM and Cr16-07 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970